

ORIGINAL

FILED

10/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0005

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 20-0005

OCT 13 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

|  |  |  |
|---|---|---|
| IN RE THE PETITION OF PETER M. WOLFF | ) ) ) | O R D E R |

Peter M. Wolff has petitioned the Court to waive the bar examination requirement for purposes of his application by motion to the State Bar of Montana. By rule, applicants for admission by motion "must have been admitted by bar examination to practice law" in another state, territory or protectorate of the United States or the District of Columbia. Rule V.A.2., Rules of Admission. Wolff was admitted to the practice of law in the State of Wisconsin pursuant to that State's diploma privilege, and therefore has not been previously admitted by bar examination. Wolff was admitted in 2003 and has since been actively practicing in Wisconsin. Wolff's practice and experience following his admission by diploma privilege provide an acceptable basis for waiver of the requirement of admission by bar examination. We previously waived the examination requirement under similar circumstances. *See Petition of Devorkin*, 16-0002 (*Order*, Jan. 26, 2016); *Motion of Devorkin*, 16-0002 (*Order*, May 17, 2016). Good cause appearing,

IT IS HEREBY ORDERED that the petition of Peter M. Wolff to waive the bar examination requirement for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 13 day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices